No. 94–760. LeDonne *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 94–777. West *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–5062. Yankelevicz *v.* Shalala, Secretary of Health and Human Services. C. A. 2d Cir. Certiorari denied.

No. 94–5380. Lester *v.* Jabe, Warden. C. A. 6th Cir. Certiorari denied.

No. 94–5403. Webber *v.* Byers et al. Super. Ct. Pa. Certiorari denied.

No. 94–5416. Cordova *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 94–5451. Brimmer *v.* Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 94–5467. Sumrall *v.* Georgia. Sup. Ct. Ga. Certiorari denied.

No. 94–5647. Nolley *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–5792. Villalobos *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–5803. Jovanovic et ux. *v.* Stained Glass Overlay, Inc. C. A. Fed. Cir. Certiorari denied.

No. 94–5853. Kitchen *v.* Illinois. Sup. Ct. Ill. Certiorari denied.

No. 94–5866. Roman *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–5873. Cuartas *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–5878. Fair *v.* Illinois. Sup. Ct. Ill. Certiorari denied.